UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF JEAN ELLYN TUCK, and THE ESTATE OF ROBERT JAMES TUCK<br><br>Plaintiff,<br><br>v.<br><br>CF REAL ESTATE SERVICES,<br><br>Defendant. | Case No.: 21-CV-920 JLS (BLM)<br><br>**ORDER DISMISSING CASE** |

On May 27, 2021, the Court dismissed Plaintiffs Estate of Jean Ellyn Tuck and Estate of Robert James Tuck's Complaint without prejudice for improper venue. ECF No. 3. The Court granted Plaintiffs leave to file an amended complaint within forty-five (45) days that sets forth a basis for venue in the Southern District of California. *Id.* at 4. The Court warned that "[s]hould Plaintiffs fail to file an amended complaint within the time provided, the Court will enter a final order dismissing this civil action with prejudice." *Id.* (citing *Lira v. Herrera*, 427 F.3d 1164, 1169 (9th Cir. 2005)). However, the Court stated that "[s]uch dismissal would be without prejudice to Plaintiffs refiling their claims in the proper venue." *Id.*

Plaintiffs have failed to file an amended complaint by the July 12, 2021, deadline. Accordingly, the Court **DISMISSES WITH PREJUDICE** the action. This dismissal is

**WITHOUT PREJUDICE** to Plaintiffs refiling their claims in the proper venue. The Clerk of the Court **SHALL CLOSE** the file.

    **IT IS SO ORDERED.**

Dated: July 16, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge