

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| The Estate of Jean Ellyn Tuck; The Estate of Robert James Tuck, | **Civil Action No.** 21-cv-00920-JLS-BLM |
| **Plaintiff,** | |
| **V.** | |
| CF Real Estate Services, | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Plaintiffs have failed to file an amended complaint by the July 12, 2021, deadline. Accordingly, the Court dismisses with prejudice the action. This dismissal is without prejudice to Plaintiffs refiling their claims in the proper venue.

**Date:**        7/16/21

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  T. Ferris

T. Ferris, Deputy